IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 4:22-CR-26 (CDL-MSH) |
| | : |
| JOSHUIA BROWN, | : |
| | : |
| Defendant. | : |
| _____ | : |

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The Government has moved the Court to grant leave to dismiss the Indictment without prejudice filed against the Defendant on November 9, 2022. Doc. 1.

Upon consideration of the Government's motion, the Court is satisfied that there exists reasonable cause to believe that the case against this Defendant should not be pursued, and that the ends of justice would not be served by doing so. Specifically, the Government moved to dismiss the above captioned case for purposes of judicial economy and conservation of resources following Defendant's conviction after a jury trial in criminal case 4:22-cr-17.

Therefore, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, it is hereby ORDERED that the government's motion to dismiss the Indictment without prejudice in this case be granted.

This **22nd** day of **September, 2023**.

                                                      __S/Clay D. Land
                                                     CLAY D. LAND
                                                     UNITED STATES DISTRICT JUDGE